No. 97. Tucker v. National Linen Service Corp.
et al. C. A. 5th Cir. Certiorari denied. *William G. McRae* for petitioner. *B. D. Murphy, James N. Frazer* and *Max F. Goldstein* for the National Linen Service Corporation et al.; and *James A. Branch* for Souers et al., respondents.

No. 98. Kohn, doing business as Edward Kohn Co., v. Freehill, Director of Price Stabilization. United States Emergency Court of Appeals. Certiorari denied. *Edward D. Feinberg, Raymond K. Fried* and *Isadore Fried* for petitioner. *Acting Solicitor General Davis, Assistant Attorney General Burger* and *Samuel D. Slade* for respondent.

No. 101. Mississippi River Sand & Gravel Co. v. Wilkes, Administrator, et al. C. A. 6th Cir. Certiorari denied. *L. E. Gwinn* and *James M. Reeves* for petitioner. *Fred L. Henley* for respondents.

No. 102. Mutual Life Insurance Co. v. United States. Court of Claims. Certiorari denied. *Joseph V. Lane, Jr.* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Holland, Ellis N. Slack, Robert N. Anderson* and *H. S. Fessenden* for the United States.

No. 103. Tendler v. Jaffe et al., trading as New York Decorating Co. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *John P. Burke* for petitioner.

No. 106. Illinois ex rel. Kennedy v. Hurley et al., Civil Service Commissioners of the City of Chicago. Appellate Court of Illinois, First District. Certiorari de-